IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SWEAT, INC., et al. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 11-1958 |
| | : | |
| VF-PA, LLC, et al. | : | |

ORDER

AND NOW, this 11th day of July, 2011, upon consideration of Defendants' Motion to Enforce Settlement, Plaintiffs' Opposition thereto, and Defendants' Reply, and after careful and independent review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, to which no objections have been filed, it is ORDERED:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. Defendants' Motion to Enforce Settlement (Document 30) is GRANTED in part and DENIED in part as follows:

    a. The settlement agreement reached on April 20, 2011, is enforced with the material terms set forth in Paragraph 11 of Defendants' Motion to Enforce, including the modifications to Paragraph 11(b)(i) outlined in the Report and Recommendation.

    b. Defendants' request to adopt their proposed written agreement is denied because such agreement is inconsistent with the material terms agreed to on April 20, 2011.

3. Plaintiffs' motions for injunctive relief (Documents 3 and 4) are DENIED as moot.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.